

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Bill Ater and Cody Wyrick

No. 06-21-00095-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we lift the stay previously imposed in this case and deny the petition.

RENDERED NOVEMBER 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk